CITY OF ONEONTA, Respondent, v. GRACE M. KELLEY et al., Appellants. CITY OF ONEONTA, Respondent, v. ROBERT A. WALLACE et al., Appellants. CITY OF ONEONTA, Respondent, v. KENNETH J. VALENTINE, Appellant.— STALEY, JR., J.

Herlihy, J. P., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Staley, Jr., J.